Lina M. Michael, Esq.; SBN: 237842
Lina.michael@michaellegalgroup.com
Lisa D. Dubowski, Esq.; SBN: 237003
Lisa.dubowski@michaellegalgroup.com
Stephanie Ho, Esq.; SBN: 306109
Stephanie.ho@michaellegalgroup.com
**MICHAEL & ASSOCIATES, PC**
555 St. Charles Drive, Suite 204
Thousand Oaks, California 91360
Telephone: (805) 379-8505
Facsimile: (805) 379-8525

*Attorneys for Plaintiff,*
*William McCarthy*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| William L. McCarthy, an individual, ) | Case No.: 2:16-CV-06059-JFW-JC |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | Hon. Judge John F. Walter |
| Charter Communications of California, ) | |
| LLC; Does 1 to 20 inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    In accordance with this District Court's Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that Plaintiff and Defendant have reached a settlement in the above-referenced case.  A formal settlement agreement will be circulated between the parties for review and approval.

1  Once all of the appropriate signatures have been obtained, a notice of dismissal of
2  the entire action will be filed.
3
4
5  DATE:  June 1, 2017                    **MICHAEL & ASSOCIATES, PC**
6
7                                          By: /s/ Lisa Dubowski
                                               LISA DUBOWSKI,
8                                              Attorneys for Plaintiff